

**News Release**

FOR IMMEDIATE RELEASE
September 2, 2019

# NALFA Conducts Hourly Rate Survey of Class Counsel in Dallas

Chicago, IL -- NALFA conducts hourly rate surveys for law firms, corporate legal departments, and government agencies. Our surveys provide the most accurate and current hourly rates within a given geography and practice area. We can design hourly rate surveys for specific cases. Our hourly rate surveys assist state and federal courts in awarding attorney fees in large, complex litigation throughout the U.S.

NALFA recently conducted an hourly rate survey of plaintiffs' counsel in the Dallas-Fort Worth area. This hourly rate survey was conduct for a Dallas area law firm seeking attorney fees in a product liability class action. The last hourly rate survey of this type was conducted by the Dallas Bar Association in 2015.

This survey was conducted via email from May 5th-19th. The survey results are private and peer-benefitting. The client, survey participants, and members of the NALFA network received the survey results and findings. The survey results show the current average hourly rate range for plaintiffs' associate, senior associate, partner, and senior partner in class action litigation in the Dallas-Fort

Worth area. Participants of this survey can see how their hourly rates compare to those of their litigation peers.

Our survey findings show that the average hourly rate range for class counsel in the Dallas/Fort Worth area is:

**Plaintiffs' Class Counsel Average Hourly Rate Range (Dallas Area):**

**Associate: $465-$515
Senior Associate: $545-$615
Partner: $665-$755
Senior Partner: $785-$820**

For more on NALFA's Custom Hourly Rate Surveys, visit http://www.thenalfa.org/hourly-rate-surveys/.



The National Association of Legal Fee Analysis (NALFA) is a 501(c)(6) non-profit professional association for the legal fee analysis field. Our members provide a range of services on attorney fee and legal billing matters.

Courts and clients turn to us for expertise when attorney fees and expenses are at issue in large, complex cases. NALFA members are fully qualified attorney fee experts, special fee masters, bankruptcy fee examiners, fee dispute neutrals, and legal bill auditors. Our members follow Best Practices in Legal Fee Analysis. Our services include: Custom Hourly Rate Surveys and Fee Dispute Mediation. For more on NALFA, visit www.thenalfa.org. Follow us on Twitter at @AttorneyFees.

NALFA | 1336 W. Greenleaf Ave, #3E, Chicago, IL 60626

Update Profile | About Constant Contact

Sent by info@thenalfa.org



The National Association of Legal Fee Analysis (NALFA) is a 501(c)(6) non-profit professional association for the legal fee analysis field. Our members provide a range of services on attorney fee and legal billing matters.

Courts and clients turn to us for expertise when attorney fees and expenses are at issue in large, complex cases. NALFA members are fully qualified attorney fee experts, special fee masters, bankruptcy fee examiners, fee dispute neutrals, and legal bill auditors. All our members follow Best Practices in Legal Fee Analysis.

**NALFA Fact Sheet:**

NALFA is an approved 501(c)(6) federal tax-exempt organization under the IRS Code.

NALFA is an A.M. Best Recommended Expert Service Provider (2008-Present).

NALFA has recommended qualified attorney fee experts on legal fee and billing matters ranging from $143,000-$500 million.

NALFA's Attorney Fee Dispute Mediation Program has an 86% resolution rate on fee dispute cases, a significantly higher rate than most bar administered fee dispute programs. NALFA's Fee Dispute Mediation Program has resolved over $5 million in disputed attorney fees between parties.

Since 2008, NALFA has hosted over 30 different CLE and professional development programs on attorney fees and legal billing topics. Several of our CLE faculty have included sitting federal judges.

Every year, NALFA announces, "The Nation's Top Attorney Fee Experts".

NALFA offers a Certificate in Reasonable Attorney Fees, the nation's first and only certificate of its kind for registered guests of multiple programs.

NALFA has established Best Practices in Outside Legal Fee Analysis, a peer-review driven code of professional conduct for professionals who routinely perform outside legal fee analysis.

NALFA's News Blog covers jurisprudence and scholarship on reasonable attorney fees throughout the U.S.

NALFA filed Amicus Briefs in *Worley v. Storage USA*, *Pipefitters v. Oakley* in California appellate courts and in the landmark ADA case, *Covington v. McNeese State University* in the Louisiana Supreme Court.

NALFA has been cited or quoted by over a dozen different media outlets and/or publications: The Wall Street Journal, Bloomberg News, ALM's American Lawyer, The Chicago Tribune, Bloomberg BNA, CNBC, Thomson Reuters, Insurance Journal, Minneapolis-St. Paul Business Journal, Daily Journal, ALM's Daily Business Review, ALM's National Law Journal, FindLaw.com, The Florida Bar Journal, Law 360, Politico, and ALM's Law.com.

NALFA houses a body of scholarship on reasonable attorney fees including surveys, reports, articles, and studies. NALFA also recognizes the nation's most influential scholarship on attorney fees.

NALFA conducts custom hourly rate surveys for law firms, corporate legal departments, and government agencies.



**Constant Contact Survey Results**

**Survey Name:** Dallas-1

**Response Status:** Partial & Completed

**Filter:** None

6/10/2019 3:25 PM CDT

**TextBlock:**

The National Association of Legal Fee Analysis (NALFA) conducts custom hourly rate surveys for law firms and courts. Our surveys provide the most accurate and current hourly rates within a given practice area and geography. Our hourly rate surveys assist state and federal courts in awarding attorney fees in large, complex litigation throughout the U.S. This survey is designed to determine anticipated hourly rates for class action litigation specific to
plaintiffs in the Dallas/Fort Worth area. The purpose of this survey
is to update prior state surveys for the Dallas/Fort Worth
metropolitan market within the specific field of consumer class
actions. The results will assist attorneys, experts, state and
federal courts in determining the scope of reasonable attorney fees in the
tested market.Our hourly rates surveys are peer-benefiting. All participants of this survey will have access to the survey results. Participants of this survey can see how their hourly rates compare to those of their litigation peers.

Do you practice law in the Dallas/Fort Worth area:

| Answer | 0% | 100% | Number of Response(s) | Response Ratio |
|---|---|---|---|---|
| Yes | | | 21 | 87.5 % |
| No | | | 3 | 12.5 % |
| No Response(s) | | | 0 | 0.0 % |
| | | Totals | 24 | 100% |

Do you practice consumer-related class actions (including product liability) as counsel for the plaintiffs:

| Answer | 0% | 100% | Number of Response(s) | Response Ratio |
|---|---|---|---|---|
| Yes | | | 9 | 37.5 % |
| No | | | 15 | 62.5 % |
| No Response(s) | | | 0 | 0.0 % |
| | | Totals | 24 | 100% |

## My position can best be described as:

| Answer | 0% | 100% | Number of Response(s) | Response Ratio |
|---|---|---|---|---|
| Senior Partner | | | 11 | 45.8 % |
| Partner | | | 10 | 41.6 % |
| Senior Associate | | | 0 | 0.0 % |
| Associate | | | 2 | 8.3 % |
| No Response(s) | | | 1 | 4.1 % |
| | | Totals | 24 | 100% |

## My current (2019) hourly rate for class actions falls within what range?

| Answer | 0% | 100% | Number of Response(s) | Response Ratio |
|---|---|---|---|---|
| Less than $300 | | | 2 | 8.3 % |
| $300-$400 | | | 1 | 4.1 % |
| $401-$500 | | | 4 | 16.6 % |
| $501-$600 | | | 2 | 8.3 % |
| $601-$700 | | | 5 | 20.8 % |
| $701-$800 | | | 2 | 8.3 % |
| Over $800 | | | 4 | 16.6 % |
| No Response(s) | | | 4 | 16.6 % |
| | | Totals | 24 | 100% |

**TextBlock:**

The National Association of Legal Fee
Analysis (NALFA) is a 501(c)(6) non-profit professional association for
the legal fee analysis field.  Our members provide a range of services
on attorney fees and legal billing matters.
Courts and clients turn to us for
expertise when attorney fees and expenses are at issue in large, complex
 cases.  NALFA members are fully qualified attorney fee experts, special
 fee masters, bankruptcy fee examiners, fee dispute mediators and legal
bill auditors.  Our members follow Best Practices in Outside Legal Fee Analysis.  For more information, visit www.thenalfa.org.