IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STEVEN AND JOANNA CONE, | § | Civil Action File No. |
| MARK AND AMBER FESSLER, | § | 4:17-cv-00001 |
| ANDREW HOCKER, MATTHEW CARRERAS, | § | |
| AARON AND STACEY STONE, and | § | Hon. Judge Amos Mazzant/ |
| DANIEL AND SHARON SOUSA | § | Hon. Magistrate Judge Priest-Johnson |
| on Behalf of Themselves and | § | |
| Those Similarly Situated | § | |
| *Plaintiffs* | § | |
| | § | |
| v. | | |
| | § | |
| PORCELANA CORONA DE MÉXICO, S.A. | § | |
| DE C.V f/k/a SANITARIOS LAMOSA S.A. | § | |
| DE C.V. a/k/a Vortens | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the Parties' Proposed Joint Briefing Schedule (Dkt. #271). Having reviewed the Briefing Schedule, the Court finds that it should be **GRANTED**.

It is therefore **ORDERED** that the following briefing deadlines are to be followed for resubmission of Plaintiffs' Application for Fees and Expenses:

1. Plaintiffs' Application for Attorney's Fees: **March 9, 2020**.

2. Defendant's Response Brief to Plaintiff's Application: **March 19, 2020**.

3. Plaintiffs' Reply to Defendants' Response: **March 24, 2020**.

      4. Defendant's Sur-Reply: **March 30, 2020.**

Briefing will be limited to twenty-five (25) pages for the Motion and Response and seven (7) pages for Reply and Sur-Reply briefing, if any.

      It is further **ORDERED** that the Plaintiffs' Motion for Attorney's Fees (Dkt. #262) is **DENIED as moot**.

**IT IS SO ORDERED**.

  SIGNED this 2nd day of March, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE