

**Cone v Vortens (4929)**
**Client Activity Report**
**Fairness Hearing Date: 3/2/2020**

| | Week Begin | 2/1/2020 | 2/8/2020 | 2/15/2020 | Cumulative through |
| --- | --- | --- | --- | --- | --- |
| | Week End | 2/7/2020 | 2/14/2020 | 2/21/2020 | 2/21/2020 |
| **Outgoing Mailings** | Initial Mailing Date 01/24/2020 | | | | |
| Claim Package - Initial | | - | 2 | 1 | 3 |
| Postcard Notice - Initial | | - | - | - | 3,977 |
| Postcard Notice - Remail | | 11 | 112 | 68 | 191 |
| Requested via Toll Free Number | | - | - | 1 | 1 |
| **Total Mailings Sent** | | **11** | **114** | **70** | **4,172** |
| **Undeliverable Mailings** | | | | | |
| Total Processed Undeliverable Notices (including Remails) | | - | - | - | - |
| Total Processed Undeliverable Postcards (including Remails) | | 146 | 79 | 43 | 332 |
| Total Undeliverable Emails | | - | - | - | - |
| Unreachable Tracking Numbers* | | 199 | 278 | 219 | |

*All noticing attempts have been unsuccessful.

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Claim Forms** | Filing Deadline 12/31/2020 | | | | |
| Claim Form - Total Received | | 2 | 1 | - | 3 |
| Web Claim - Total Received | | - | - | 1 | 1 |
| **Total Claims Received (Paper/Web)** | | **2** | **1** | **1** | **4** |
| **Call Center Support** | +1 833 991 1524   Launch Date 01/24/2020 | | | | |
| IVR - Total Calls | | 10 | 9 | 13 | 54 |
| IVR - Total Minutes | | 95 | 91 | 112 | 404 |
| Live Operator - Total Incoming Calls | | 6 | 5 | 8 | 25 |
| Live Operator - Total Incoming Minutes | | 119 | 88 | 119 | 414 |
| Live Operator - Total Outgoing Calls | | 3 | 1 | 1 | 5 |
| Live Operator - Total Outgoing Minutes | | 3 | 6 | 2 | 11 |
| **Website** | www.vortenssettlement.com/cone | | | | |
| Page Hits | | 1,866 | 1,939 | 2,380 | 7,257 |
| Sessions | | 1,447 | 1,427 | 1,602 | 5,185 |
| aintiffs-motion-and-memo-iso-of-final-approval.pdf | | - | 2 | - | 4 |
| attachments-iso-motion-for-award-of-fees.pdf | | - | 1 | 1 | 4 |
| claim-form.pdf | | 105 | 77 | 72 | 340 |
| complaint.pdf | | - | 2 | 2 | 10 |
| declaration-of-kyle-bingham-on-notice-plan.pdf | | - | 1 | - | 2 |
| distribution-centers.pdf | | 5 | 2 | 5 | 17 |
| fs-motion-for-class-certification-and-memo-iso.pdf | | - | 1 | - | 3 |
| lement-and-request-for-entry-of-case-deadlines.pdf | | - | 1 | - | 3 |
| ling-order-regarding-case-management-deadlines.pdf | | - | 1 | - | 2 |
| nding-plaintiffs-on-behalf-of-texas-only-class.pdf | | 1 | 1 | - | 3 |
| notice.pdf | | 7 | 5 | 2 | 24 |
| order-granting-joint-motion.pdf | | - | 1 | - | 6 |
| plaintiffs-motion-for-an-award-of-fees.pdf | | 1 | 1 | - | 3 |
| preliminary-approval-order.pdf | | 1 | 1 | 1 | 4 |
| proposed-order-setting-deadlines.pdf | | - | 1 | - | 3 |
| reliminary-approval-of-settlement-and-memo-iso.pdf | | - | 1 | - | 5 |
| settlement-agreement.pdf | | 1 | 7 | 5 | 17 |

DISCLAIMER: Epiq Class Action & Mass Tort Solutions ("ECA") maintains this report for its clients to provide a near-real-time view into the Administrator's database. Please be aware that, while ECA makes every effort to ensure that the information provided is timely, accurate and complete, the status of documents and line-item counts may be changing due to work in progress, analyst review, quality assurance audits, processing of additional documentation, and data validation. Before using these statistics for critical analysis or for court filings, you should contact your Project Manager.